# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

PINNACLE TOWERS, LLC and
CROWN CASTLE SOUTH, LLC,

                        Plaintiffs,

-vs-                                     Case No. 5:15-cv-81-Oc-34PRL

AIRPOWERED, LLC,

                        Defendant.

_____

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 27; Report), entered by the Honorable Philip R. Lammens, United States Magistrate Judge, on January 15, 2016. Judge Lammens recommends that Plaintiffs' Motion for Final Judgment by Default (Doc. 14) be granted in part. Specifically, Judge Lammens recommends that the Clerk be directed to enter default judgment in favor of Plaintiff Pinnacle Towers, LLC, and against Defendant airPowered, LLC on Count I of the Second Amended Complaint (Doc. 8) in the amount of $223,657.09, and on Count III of the Second Amended Complaint in the amount of $231,026.44, for a total award of $454,683.53. See Report at 14-15. Judge Lammens further recommends that the Clerk be directed to enter default judgment in favor of Plaintiff Crown Castle, LLC and against Defendant airPowered, LLC on Count II of the Second Amended Complaint in the amount of $269,918.91, on Count IV of the Seconded Amended Complaint in the amount of $214,671.58, and on Count V of the Second Amended Complaint in the amount of $271,638.65, for a total award of $756,229.14. See Report at

15. Defendant has failed to file objections to the Report, and the time for doing so has now expired.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 27) is **ADOPTED** as the opinion of the Court.

2. Plaintiffs' Motion for Final Judgment by Default (Doc. 14) is **GRANTED,** in part, and **DENIED,** in part.

a. The Motion is **GRANTED** to the extent that:

i. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff Pinnacle Towers, LLC and against Defendant airPowered, LLC on Count I of the Second

Amended Complaint in the amount of $223,657.09 and on Count III of the Second Amended Complaint in the amount of $231,026.44, for a total award of $454,683.53.

      ii.    The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff Crown Castle South, LLC and against Defendant airPowered, LLC on Count II of the Second Amended Complaint in the amount of $269,918.91, on Count IV of the Second Amended Complaint in the amount of $214,671.58, and on Count V of the Second Amended Complaint in the amount of $271,638.65, for a total award of $756,229.14.

    b. Otherwise the Motion is **DENIED**.

    3.    The Clerk of Court is further directed to terminate any pending motions and close the file.

**DONE AND ORDERED** in Chambers, this 3rd day of March, 2016.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

i32

Copies to:

Honorable Philip R. Lammens
United States Magistrate Judge

Counsel of Record

Unrepresented Parties